

July 16, 2014

*Via Electronic Filing*

Hon. Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   Filing of Corrected Brief in *Chevron Corp. v. Donziger et al.*
      (Nos. 14-0826, 14-0832)

Dear Ms. Wolfe:

    In response to the defective document notice filed by the Clerk of the Court, the Appellants in Case No. 14-826 have today filed a corrected brief.

    We have revised and properly paginated the document in accordance with the Court's request. We have also corrected typographical and factual errors throughout the brief and added or emended citations wherever necessary. The tables of contents and authorities have been changed to properly reflect the content of the corrected brief.

                            Respectfully submitted,

                            */s/ Deepak Gupta*
                            Deepak Gupta
                            *Counsel for the Donziger Appellants*

cc:
Theodore B. Olson, Gibson, Dunn & Crutcher LLP
Randy M. Mastro, Gibson, Dunn & Crutcher LLP