**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Theodore B. Olson
Direct: +1 202.955.8668
Fax: +1 202.530.9575
TOlson@gibsondunn.com

Client: 19624-00020

January 27, 2015

VIA ECF

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Re: *Chevron Corporation v. Donziger*, Nos. 14-826, 14-832

Dear Ms. Wolfe:

I write as counsel for Chevron Corporation ("Chevron") in the above-captioned appeals in response to an entry appearing last week on the Court's docket, which suggests that oral argument may be set for the week of March 30, 2015. As indicated in Chevron's Oral Argument Statement (Dkt. 307), I will be arguing these appeals on behalf of Chevron. I write to advise the Court of scheduling conflicts that have arisen since Chevron filed its Oral Argument Statement.

Three weeks ago, the Third Circuit Court of Appeals scheduled oral argument for March 17, 2015, in another appeal I will be arguing on behalf of a different client. (*NCAA et al. v. Governor of New Jersey, et. al.*, Case No. 14-4546 (3d Cir.).) In addition, I am now scheduled to travel to Louisville, Kentucky for a speaking engagement on March 24–25.

In light of these other commitments, as well as the voluminous record on appeal, scheduling oral argument for the week of March 30 will make adequate preparation difficult. Among other things, these appeals involve 484 pages of combined briefing and a 53-volume appendix, and they follow a seven-week bench trial and a 485-page written decision. Accordingly, Chevron respectfully requests that the Court set oral argument two weeks later, that is, during the week of April 13, 2015, or later.

Respectfully,

  *s/ Theodore B. Olson*

Theodore B. Olson

TBO/hlv
cc: All counsel of record (*via ECF*)

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.